UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 17CR0210-DMS |
| Plaintiff, | ) ) | JUDGMENT AND |
| v. | ) ) | ORDER DISMISSING INDICTMENT |
| GILBERT ARREOLA (2), | ) ) | |
| Defendant. | ) ) | |

Upon motion of the United States and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Indictment in case number 17CR0210-DMS is hereby dismissed, without prejudice, as to defendant Gilbert Arreola.

Dated: August 18, 2017

_____
Hon. Dana M. Sabraw
United States District Judge